# Third District Court of Appeal
## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1177
Lower Tribunal No. 22-9561 CC

————————

**Alan I. Karten, etc.,**
Appellant,

vs.

**Ronald E. Lorenzana, et al.,**
Appellees.

An Appeal from a non-final order from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Law Office of Alan I. Karten, PLLC, and Alan I. Karten (Boynton Beach), for appellant.

Michael Van Cleve, Law, and Michael Van Cleve, for appellees Rafael Velasquez and Sunshine Oriental Trading Unlimited Corp.

Before LOGUE, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.